FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 03-CR-133-TJH <s>05-CR-36-___-ABC</s> |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| ISRAEL FORTUNATO JAUREGUI, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

1   The court concludes:

2   A.  (X)  Defendant poses a risk to the safety of other persons or the community
3           because defendant has not demonstrated by clear and convincing
4           evidence that:
5           _he can overcome presumption. Defendant has_
6           _submitted on the issue of detention following the_
7           _government's proffer._
8           _____
9

10  (B)  (X)  Defendant is a flight risk because defendant has not shown by clear
11           and convincing evidence that:
12           _he can overcome presumption. Defendant has_
13           _submitted on the issue of detention following_
14           _the government's proffer._
15           _____
16

17      IT IS ORDERED that defendant be detained.
18
19
20
21  DATED: _9/17/12_
22
23                                      _/s/_
24                              HONORABLE JAY C. GANDHI
                                UNITED STATES MAGISTRATE JUDGE
25
26
27
28

2